IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAMELA THOMAS | : CIVIL ACTION NO. 17-00858 |
| Plaintiff, | : |
| v. | : |
| WEATHERFORD INTERNATIONAL, INC. | : |
| Defendant. | : |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel, hereby stipulate and agree to the dismissal with prejudice of Plaintiff's Complaint and all claims pled therein, with each party to bear its own costs.

**Murphy Law Group, LLC**

By: /s/ Michael Murphy
Michael Murphy, Esq.
Eight Penn Center, Suite 2000
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103
TEL: 267-273-1054
FAX: 215-525-0210
murphy@phillyemploymentlawyer.com

Attorney for Plaintiff
Date: August 10, 2017

**Weatherford International, Inc.**

By: /s/ Dean Graves
Dean Graves, Esq.
2000 Saint James Place
Houston, TX 77056
TEL: 713-836-4362
DEAN.GRAVES@Weatherford.com

Attorney for Defendant
Date: August 10, 2017

APPROVED:

/s/ Malachy E. Mannion
Malachy E. Mannion, U.S. District Judge

Dated: 8/14/17